Benton M. Eskelsen #18362
Joseph G. Ballstaedt #14588
SKOUBYE NIELSEN & JOHANSEN, LLC
999 East Murray Holladay Road, Suite 200
Salt Lake City, Utah 84117
Telephone: (801) 365-1030
Facsimile: (801) 365-1031
Email: benton@snjlegal.com
Email: joe@snjlegal.com
*Attorneys for Claimant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 2216 CAMDEN CREEK LANE, HOUSTON, TEXAS,<br><br>Defendant in Rem. | **VERIFIED JUDICIAL CLAIM OF CLAIMANT OBIANUJU GERALDINE ONONIBA REGARDING THE PROPERTY LOCATED AT 2216 CAMDEN CREEK, HOUSTON, TEXAS 77077**<br><br>Case No. 2:23-cv-00919<br><br>Magistrate Judge David B. Barlow |
| OBIANUJU GERALDINE ONONIBA<br><br>Claimant. | |

Pursuant to Supplemental Rule G(5) of the Federal Rules of Civil Procedure, Claimant Obianuju Geraldine Ononiba ("Ms. Ononiba" or "Claimant"), by and through counsel of record, Skoubye Nielsen & Johansen, LLC, hereby files this judicial claim regarding the real property located at 2216 Camden Creek Lane, Houston Texas and legally described as Lot 2, Block 3, The

Parkway at Eldridge, Section I, Harris County, Texas ("Defendant in Rem"). Ms. Ononiba is making a claim on the Defendant in Rem as the title owner of the Defendant in Rem as recorded in the Official Public Records of Harris County as entry number RP-2020-31354.

DATED January 25, 2024.

SKOUBYE NIELSON & JOHANSEN, LLC

By: /s/ *Benton M. Eskelsen*
  Benton M. Eskelsen
  Joseph G. Ballstaedt
  *Attorneys for Claimant*

## VERIFICATION

I, Obianuju Geraldine Ononiba, being first duly sworn depose and state: I have read the above judicial claim, and I declare under criminal penalty that to the best of my knowledge and belief, the facts asserted therein are true, except as to matters therein stated to be on belief, and as to such matters, I certify as aforesaid that I believe the same to be true.

DATED January 25, 2024.

By: /s/ *Obianuju Geraldine Ononiba**
  Obianuju Geraldine Ononiba
  **Electronically signed with permission via e-mail*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent electronic filing notification to the following identified parties.

Travis K. Elder
US Attorneys' Office
111 S Main Street, Suite 1800
Salt Lake City, UT 84111
*Attorneys for United States of America*

By: */s/ Shantel Shurtleff*